**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 13-1416**

ERIC S. CLARK,

       Plaintiff - Appellant,

     v.

THE CITY OF FAIRFAX, VIRGINIA; THOMAS E. GALLAHUE, Individually and in official capacity as agent of the City of Fairfax, Virginia; L. D. DOEBEL, police officer badge #1113, Individually and in official capacity as employee of the City of Fairfax, Virginia,

       Defendants - Appellees.

Appeal from the United States District Court for the Eastern District of Virginia, at Alexandria. Leonie M. Brinkema, District Judge. (1:13-cv-00295-LMB-JFA)

Submitted: May 23, 2013          Decided: May 28, 2013

Before MOTZ and AGEE, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Eric S. Clark, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Eric S. Clark appeals the district court's order dismissing his civil action challenging his conviction of two traffic violations. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Clark v. City of Fairfax, No. 1:13-cv-00295-LMB-JFA (E.D. Va. Mar. 12, 2013). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED